CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
SHAMIRA DWARICA (CABN 353189)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7312
Facsimile: (415) 436-6748
Shamira.dwarica@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SAFEI GU,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

Defendants.

CASE NO. 5:26-CV-10297 SVK

**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND ~~[PROPOSED]~~ ORDER**

The parties hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before December 14, 2026. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

The parties further request a corresponding extension to the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 4. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or January 12, 2027. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by February 11, 2027.

Dated: November 13, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Shamira Dwarica*
SHAMIRA DWARICA
Assistant United States Attorney
Attorneys for Defendants

Dated: November 13, 2026

*/s/ Safei Gu*
SAFEI GU
*Pro Se*

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 13, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.